ACCEPTED
14-15-00642-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 7:27:58 AM
CHRISTOPHER PRINE
CLERK

# Linebarger Goggan Blair & Sampson, LLP
## 4828 Loop Central Drive, Suite 600
### Houston, Texas 77081
### Main: 713-844-3400

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 7:27:58 AM   August 4, 2015
CHRISTOPHER A. PRINE
Clerk

**Via E-File**

The Honorable Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street, Suite 245
Houston, Texas 77002-2006

> Re:  Designation of Lead Counsel in Case No. 14-15-00642-CV; *Albert Robinson, et al. v. Harris County, et al*; In the Fourteenth Court of Appeals, Trial Court Cause No. 2014-49892.

Please be advised that I represent and serve as lead counsel for Harris County, Harris County Department of Education, Port of Houston Authority of Harris County, Harris County Flood Control District, Harris County Hospital District, and the City of Houston, (the "Harris County Appellees").  Accordingly, please change the record to reflect this designation and add the following contact information to your records:

> Edward J. (Nick) Nicholas
> Texas Bar No. 14991350
> Linebarger Goggan Blair & Sampson, LLP
> 4828 Loop Central Drive, Suite 600
> Houston, Texas 77081
> Direct: 713-844-3405
> Facsimile: 713-844-3504
> E-Mail: Nick.Nicholas@lgbs.com

Thank you for your assistance in this matter.  Please contact me if you have any questions.

Sincerely,

Nick Nicholas

cc:   Mr. Albert Robinson
      PO Box 495-672
      Port Charlotte, FL 33949